**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MIKE YARBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-06-680-M |
| | ) | |
| MICHAEL ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On March 28, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report

and Recommendation in this action brought seeking judicial review of the final decision of the

Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's

application for disability insurance benefits.    The Magistrate Judge recommended the

Commissioner's decision be reversed and remanded for an award of disability insurance payments.

The parties were advised of their right to object to the Report and Recommendation by April 18,

2007.  A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)    ADOPTS the Report and Recommendation issued by the Magistrate Judge on March
       28, 2007;

(2)    REVERSES the decision of the Commissioner;

(3)    REMANDS with directions for defendant to award disability insurance benefits to
       plaintiff; and

(4)     ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 21st day of May, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE